No. 26-1562

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

JANE EUGENE SENDALL PETERS,
Petitioner-Appellee,
v.
KEVIN RAYCRAFT, in his official capacity as Acting Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD W. BLANCHE, Acting U.S. Attorney General,
Respondents-Appellants.

**PETITIONER-APPELLEE'S STATUS REPORT**

Petitioner-Appellee Jane Eugene Sendall Peters respectfully submits this status report pursuant to the Court's order of August 12, 2026 (Doc. 7). That order granted Petitioner-Appellee's unopposed motion to hold this appeal in abeyance pending the disposition of *Genalo v. Black*, No. 25-886, and advised Petitioner-Appellee to file a status report every sixty days and within fourteen days of the Supreme Court's judgment.

On September 11, 2026, the Solicitor General advised the Supreme Court by letter that the government agreed the respondent's habeas case in *Genalo* had become moot, and a joint stipulation to dismiss pursuant to Supreme Court Rule 46.1 was filed the same day. The Supreme Court's docket records the disposition on that date as "Case Dismissed - Rule 46." *See* Docket, *Genalo v. Black*, No. 25-886 (U.S.), https://www.supremecourt.gov/docket/docketfiles/html/public/25-886.html.

Because the case was dismissed under Rule 46, the Supreme Court did not decide the questions presented, and no merits judgment will issue in *Genalo v. Black*.

However, on September 21, 2026, the government filed a petition for a writ of certiorari before judgment in *Genalo v. D.C.*, No. 26-379, arising from Second Circuit No. 26-1396. The Supreme Court's docket reflects that the time to file a response to that petition has been extended to December 8, 2026. *See* Docket,

*Genalo v. D.C.*, No. 26-379 (U.S.), https://www.supremecourt.gov/docket/docketfiles/html/public/26-379.html.

Appellee respectfully requests continued abeyance pending the Supreme Court's disposition of the petition for certiorari before judgment in Genalo versus D.C., number twenty-six three seventy-nine. The petition presents the same two constitutional questions concerning prolonged detention under eight U.S.C. section twelve twenty-six, subsection C, previously presented in Genalo versus Black. Although review has not been granted, continued abeyance would conserve judicial resources while the Supreme Court considers whether to address those questions. Appellee proposes to submit status reports every sixty days and promptly notify this Court of material developments.

Dated: October 14, 2026

Respectfully submitted,

*/s/ Robert Anthony Alvarez*
Robert Anthony Alvarez (P66954)
Avanti Law Group, PLLC
600 28th Street, S.W.
Wyoming, MI 49509
Telephone: (616) 257-6807
Attorney for Petitioner-Appellee

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2026, I electronically filed the foregoing Petitioner-Appellee's Status Report with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Robert Anthony Alvarez*
Robert Anthony Alvarez (P66954)
Attorney for Petitioner-Appellee