No. 26-1562

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 26, 2026
KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| JANE EUGENE SENDALL PETERS,<br><br>Petitioner - Appellee,<br><br>v.<br><br>KEVIN RAYCRAFT, in his official capacity as Acting Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement, et al.,<br><br>Respondents - Appellants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | O R D E R |

The respondents appeal the district court's judgment granting the petitioner relief in habeas corpus under 28 U.S.C. § 2241. The clerk held briefing in abeyance pending the Supreme Court's disposition of *Genalo v. Black*, No. 25-886. In her October 14, 2026 status report, the petitioner notes that *Genalo v. Black*, No. 25-886 is now resolved but requests a continued abeyance pending the disposition of a new petition for certiorari in *Genalo v. D.C.*, No. 26-379.

Upon review, briefing in this appeal will continue to be held in abeyance pending the Supreme Court's consideration of the cert petition in *Genalo v. D.C.*, No. 26-379. The petitioner shall file a status report every 60 days and within 14 days of the Supreme Court's disposition.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens

Kelly L. Stephens, Clerk